427 A.2d 242

Chadwick v. Lear Siegler, Inc.

Appeal of DMH Corp.

Argued November 12, 1979. John G. Gent, for appellant; Jack M. Gornall, for Chadwick, appellee; Roger H. Taft, for Lear, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

427 A.2d 242

Commonwealth v. Boyd, Jr., Appellant.

Submitted June 29, 1979. A. Charles Peruto, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and LOUIK, JJ.*

Judgment of sentence affirmed.

* Judge Donald E. Wieand is sitting by special designation. Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, is sitting by designation.